IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHELBY HOFFMAN,

      Appellant,

v.

      Case No.    5D22-1932
      LT Case No. 2014-CF-510

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Shelby Hoffman, Citrus Spring, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.